```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YASEEN TRAYNOR, on behalf of himself
and all others similarly situated,

                              Plaintiff,          19-cv-300 (VEC)

               -against-                     ORDER

THE MACERICH COMPANY d/b/a
GREEN ACRES MALL,

                             Defendant.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS February 26, 2019 (Dkt. 10), the parties notified the Court that they had reached an agreement in principle resolving all issues; and

      WHEREAS on February 27, 2019 (Dkt. 11), the Court ordered that this action would be dismissed with prejudice and without costs (including attorneys' fees) to either party on March 29, 2019, unless one or more parties filed a letter before that date requesting that the action not be dismissed; and

      WHEREAS no party has filed a letter requesting that this action not be dismissed,

      IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and close the case.

**SO ORDERED.**

**Date: April 5, 2019**                     _____
     **New York, New York**            **VALERIE CAPRONI**
                                                    **United States District Judge**